UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
08-21472-CV-UNGARO

PETER FRANCIS KELLER,
    Plaintiff,
v.
WARDEN PICHARDO, *et al.*,
    Defendants.
_____/

## ORDER AFFIRMING THE MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court upon, Plaintiff's *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 alleging indifference to his serious medical needs while confined at Everglades C.I. (D.E. 1.) The matter was referred to Magistrate Judge Patrick A. White who issued a Report recommending that (1) Plaintiff's motion for leave to file a proposed "Final Supplement to Complaint" be denied, without prejudice to pursue any new claims which he may wish to raise in a separate lawsuit; and (2) this case which has reached the stage of summary judgment, be allowed to proceed on claims against the ECI defendants Pichardo, Urbina, Finisse and Balmir, on claims raised in Plaintiff's complaint as previously amended and supplemented. (D.E. 152.) No objections to the Magistrate Judge's Report have been filed. Having conducted a *de novo* review of the record, it is hereby

ORDERED AND ADJUDGED that the Magistrate Judge's Report is RATIFIED, ADOPTED, and AFFIRMED.

DONE AND ORDERED in Chambers, at Miami Florida, this __27th__ day of April 2009.

                                                *Adalberto Jordan for*
                                              URSULA UNGARO
                                              UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record
Peter Francis Keller, *pro se*