UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

08-21472-CV-UNGARO

PETER FRANCIS KELLER,
    Plaintiff,

v.

WARDEN PICHARDO, *et al.*,
    Defendants.
_____/

## ORDER AFFIRMING THE MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court upon, Plaintiff's motion and Corrected Motin for Preliminary Injunction. (D.E. 53, 87.) The matter was referred to Magistrate Judge Patrick A. White who issued a Report recommending that the motion and corrected motion for preliminary injunction be denied. (D.E. 93.) The matter is ripe for adjudication and no objections to the Magistrate Judge's Report have been filed. Having conducted a *de novo* review of the record, it is hereby

ORDERED AND ADJUDGED that the Magistrate Judge's Report is RATIFIED, ADOPTED, and AFFIRMED.

DONE AND ORDERED in Chambers, at Miami Florida, this 11th_day of May 2009.

                                                         URSULA UNGARO
                                                         UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record
Peter Francis Keller, *pro se*